ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

failure to prosecute in accordance with the rules.

Eddie HOWARD, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7044.

United States Court of Appeals, Federal Circuit.

March 9, 2011.

David J. Lowenstein, Goodman, Allen & Filetti, Arlington, VA, for Claimant–Appellant.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

Thomas E. NEWBERRY, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7042.

United States Court of Appeals, Federal Circuit.

March 9, 2011.

Thomas E. Newberry, Fort Payne, AL, pro se.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for